IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **HOT TOPIC, INC. and HOT TOPIC INC. WELFARE BENEFIT PLAN** | **PLAINTIFFS** |
| v. | Case No. 1:20-cv-00217-LG-RHW |
| **CARYN SUZANNE MACFADDEN** *as the Parent and Legal Guardian of E.M.* | **DEFENDANT** |

*consolidated with*

| | |
|---|---|
| **IN THE MATTER OF THE GUARDIANSHIP OF E.M.** *by and through mother and next friend, Caryn Suzanne MacFadden* | **PLAINTIFF** |
| v. | Case No. 1:20-cv-00223-HSO-JCG |
| **UNITED HEALTHCARE SERVICES, INC.** | **DEFENDANT** |

## ORDER CONSOLIDATING CASES

THIS MATTER is before the Court *sua sponte*. The Court finds that in the interest of judicial economy and to simplify the issues, the above causes of action should be consolidated for all purposes pursuant to Federal Rule of Civil Procedure 42 as they appear at this juncture to involve common questions of law and fact.

IT IS THEREFORE ORDERED that *Hot Topic, Inc. et al v. Macfadden,* 1:20-cv-00217-LG-RHW and *In the matter of the Guardianship of E.M. v. United Healthcare Services, Inc.,* 1:20-cv-00223-HSO-JCG are hereby consolidated under the

earlier filed cause number of 1:20-cv-00217-LG-RHW. All further pleadings shall be filed in 1:20-cv-00217-LG-RHW.

**SO ORDERED**, this the 15th day of July, 2020.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE