IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| HOT TOPIC, INC. et al | PLAINTIFFS |
| v. | Case No. 1:20-cv-00217-LG-RPM |
| EMILY MACFADDEN, et al | DEFENDANT |

*Consolidated with*

| | |
|---|---|
| IN THE MATTER OF THE GUARDIANSHIP OF E.M. By and through mother and next Friend, Cary Suzanne Macfadden | PLAINTIFF |
| v. | Case No. 1:20-cv-00223-HSO-JCG |
| UNITED HEALTHCARE SERVICES, INC. | DEFENDANT |

## STIPULATION OF DISMISSAL

The Plaintiffs and Defendants, by and though their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of the above-styled and numbered actions. Each party shall bear their own costs and attorneys' fees.

This the 23rd day of October, 2020.

Respectfully submitted,

| | |
|---|---|
| PHELPS DUNBAR LLP | RUSSELL S. GILL, PLLC |
| By: /s/ Christine Whitman | By: /s/ Russell S. Gill |
| Christine Whitman, MS Bar #104452 | Russell S. Gill, Esq. (MS Bar #4840) |
| 2602 13th Street, Ste. 300 | 638 Howard Avenue |
| Gulfport, Mississippi 39501 | Biloxi, Mississippi 39530 |
| Telephone: 228-679-1130 | Telephone: (228) 432-0007 |
| Telecopier: 228-679-1131 | Facsimile: (228) 432-0025 |
| Email: christine.whitman@phelps.com | rsgill@rsgill-lawfirm.com |

**CERTIFICATE OF SERVICE**

I do hereby certify that I electronically filed notice of the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all registered attorneys.

SO CERTIFIED this 23rd day of October, 2020.

>                     */s/ Russell S. Gill*
>                     Russell S. Gill, Esq. (MS Bar #4840)